UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Barbera,<br><br>                    Plaintiff,<br><br>         v.<br><br>Mass David, LLC d/b/a House of 29, Lifestyle Boutique by Sarah,<br><br>                    Defendant. | Case No: 7:24-cv-06948-KMK |

## APPEARANCE OF COUNSEL

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Robert Barbera.

Dated: October 7, 2024

**SANDERS LAW GROUP**

By: ___/s/ Jaymie Sabilia-Heffert___
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
File No.: 129241
*Attorneys for Plaintiff*
