UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA,<br><br>Plaintiff,<br><br>v.<br><br>MASS DAVID, LLC D/B/A HOUSE OF 29, LIFESTYLE BOUTIQUE BY SARAH,<br><br>Defendant. | Case No: 7:24-cv-06948-KMK<br><br>NOTICE OF SETTLEMENT |

Now comes the plaintiff Robert Barbera ("*Plaintiff*") by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement agreement ("*Agreement*") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences and request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: January 15, 2025

SO ORDERED:

_____
HON. KENNETH M. KARAS  U.S.D.J.

1/16/2025

SANDERS LAW GROUP

By:  /s/ Jaymie Sabilia-Heffert
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
*Attorneys for Plaintiff*